NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BERNICE F. RAYNOR, JR.,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2022-1097

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-6685, Judge Grant Jaquith.

---

## O R D E R

Upon consideration of Bernice F. Raynor, Jr.'s unopposed motion to withdraw her above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The notice of appeal is withdrawn.

(2) Each side shall bear their own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

<u>March 19, 2025</u>
Date

**ISSUED AS A MANDATE:** March 19, 2025